Little v Steelcase, Inc. (2022 NY Slip Op 06406)

Little v Steelcase, Inc.

2022 NY Slip Op 06406

Decided on November 10, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 10, 2022

PRESENT: SMITH, J.P., CENTRA, PERADOTTO, LINDLEY, AND WINSLOW, JJ. (Filed Nov. 10, 2022.) 

MOTION NO. (253/22) CA 20-01382.

[*1]DEBORAH A. LITTLE, PLAINTIFF-APPELLANT,
v
STEELCASE, INC., DEFENDANT-RESPONDENT, ET AL., DEFENDANT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.